**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walt Hunter, et al., | No. CV-14-1304-PHX-DMF |
| Plaintiffs, | |
| v. | **ORDER** |
| Town of Florence, et al., | |
| Defendants. | |

On review of the record, the Court has learned that Defendants have filed a Declaration that uses the full name of a minor victim. (Doc. 247-1 at 4, ¶ 17)

**IT IS THEREFORE ORDERED** directing the Clerk of the Court to seal Document 247-1.

**IT IS FURTHER ORDERED** directing Defendants to file a redacted copy of Document 247-1 within two business days.

Dated this 15th day of August, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge